Núm. 2.—PUEBLO, querellante, v. RUBERT HERMANOS, INC., querellados. Original. ▮▮▮▮▮▮▮▮▮ Noviembre 14, 1941.

Vista la moción del Pueblo de Puerto Rico sobre cancelación parcial de anotación de "lis pendens" y de gravamen por sentencia, en la cual se alega que en el presente caso se trabó por el querellante la acción a que se refiere el epígrafe y se obtuvo por dicha parte la anotación de un aviso de la demanda de este caso sobre la finca inscrita en el Registro de la Propiedad de San Juan, Sección Segunda, con el número 185 del tomo 12 de Vega Alta, Puerto Rico, perteneciente a la querellada Rubert Hermanos, Inc.; que asimismo el querellante obtuvo la inscripción en el Libro de Sentencias de dicho registro, de la sentencia dictada en este mismo caso el 30 de julio de 1938; habiéndose practicado la referida anotación de "lis pendens" el 10 de febrero de 1936 a virtud de una certificación expedida por el Secretario del Tribunal Supremo de Puerto Rico, haciéndose constar la institución por El Pueblo de Puerto Rico, a instancias de su

Procurador General, del procedimiento de *quo warranto* en la Corte Suprema de Puerto Rico, radicado con el número dos contra Rubert Hermanos, Inc., en el cual se solicita se anulen las correspondientes franquicias de dicha corporación, se ordene su disolución inmediata, se le prohiba continuar haciendo negocios en Puerto Rico, y se le imponga la multa correspondiente; que la mencionada sentencia dictada por este tribunal el 30 de julio de 1938, se inscribió al folio 32 del tomo primero del Libro de Sentencias del Registro de la Propiedad de San Juan, Sección Segunda, haciéndose constar que dicha sentencia declaró y resolvió que la corporación Rubert Hermanos, Inc., es culpable de poseer como dueña y controlar 12,188 acres de tierra en violación de la Resolución Conjunta número 23 del Congreso de los Estados Unidos y de la sección 39 de la Ley Orgánica de Puerto Rico, y de sus propias cláusulas de incorporación, por todas las cuales disposiciones dicha corporación demandada está expresamente limitada y restringida a la posesión y control de tierra que no exceda de 500 acres; que en dicha sentencia se ordenó y decretó la cancelación de la licencia de la corporación referida y la disolución, liquidación inmediata de sus negocios, y la imposición de una multa de $3,000, así como el pago de las costas y desembolsos incluyendo $2,000 de honorarios de abogado; que la finca inscrita en el Registro de la Propiedad de San Juan, Sección Segunda, al folio 243 vuelto del tomo 12 de Vega Alta, con el número 185 sujeta a los mencionados gravámenes se describe así:

"Rústica: Predio denominado Sabana y Cerro Gordo, sito en la jurisdicción de Vega Alta, barrio de Sabana, compuesto de quinientas sesentidós cuerdas, equivalentes a doscientas veinte hectáreas, ochentiocho áreas y ochenta y cuatro centiáreas, en colindancias por el Norte, con el Mar; por el Este, con la Sucesión de don Pablo Ubarri; por el Sur, con la Hacienda San Vicente y por el Oeste, con Armando López Landrón, hoy don Oscar Español.'';

que Estados Unidos de América en ejercicio de su poder de dominio eminente, y con posterioridad a dicha anotación de "lis pendens" y de la inscripción de la referida sentencia, adquirió para fines de defensa nacional, mediante procedimiento de expropiación forzosa incoado ante la Corte de Distrito de los Estados Unidos para Puerto Rico, una parcela de terreno segregada de la descrita finca y que se describe así:

"Rural: Parcel of land situated in the ward of Sabana, Municipality of Vega Alta, composed of 0.999 acres of land, equal to 1 cuerda and twenty-eight thousandths of another (1.028) equivalent to 40 ares and 40 centiares; bounded on all sides by the principal estate from which it is segregated, property of González Hnos., Martínez & Co., S. en C.''

Esta parcela se halla inscrita al folio 54 del tomo 16 de Vega Alta, finca número 800, inscripción primera;

y visto que en dicha moción se solicita por El Pueblo de Puerto Rico la cancelación parcial de la aludida anotación de "lis pendens" y del mencionado gravamen por sentencia referida por lo que respecta a la mencionada parcela adquirida por Estados Unidos de América, a la cual solicitud ha impartido su conformidad, según resulta de la mencionada moción, la corporación demandada Rubert Hermanos, Inc. por sus abogados Ledos. J. Sifre, Jr. y Henri Brown; por tanto esta Corte declara con lugar la referida moción y de acuerdo con lo solicitado en la misma resuelve liberar y por la presente libera la mencionada parcela de 0.999 acres radicada en el barrio Sabana de Vega Alta, Puerto Rico e inscrita al folio 54 del tomo 16 de Vega Alta, con el número 800, inscripción primera, de dicho "lis pendens" y del gravamen por sentencia mencionados, y en consecuencia ordena que por el Registrador de la Propiedad de San Juan, Sección Segunda, se cancele en cuanto a dicha parcela la mencionada anotación de aviso de demanda o "lis pendens" y de gravamen por sentencia mencionado, debiendo expedirse por el secretario de este tribunal el mandamiento correspondiente dirigido al referido registrador de la propiedad requiriéndole para que dé cumplimiento a lo expuesto en la presente orden.